Sterling A. Brennan (CA State Bar No. 126019; E-mail: sbrennan@wnlaw.com)
Larry R. Laycock (*Pro Hac Vice* forthcoming; E-Mail: llaycock@wnlaw.com
Robyn L. Phillips (*Pro Hac Vice* forthcoming; E-Mail: rphillips@wnlaw.com)
WORKMAN | NYDEGGER A PROFESSIONAL CORPORATION
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111
- and -
20 Grace Drive
Trabuco Canyon, California 92679
Telephone: (801) 533-9800
Facsimile:  (801) 328-1707

Attorneys for Defendant
Neways, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| VISUAL CHANGES SKIN CARE INTERNATIONAL, INC., a California corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>NEWAYS, INC., a Utah corporation,<br><br>            Defendant. | Case No. 1:08-cv-00959-LJO-DLB<br><br>**ORDER GRANTING STIPULATION AND MOTION FOR AN EXTENSION OF TIME TO ANSWER** |

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME TO ANSWER**

**CASE NO. 1:08-cv-00959-LJO-DLB**

Pursuant to the parties' Stipulation and Motion for an Extension of Time to Answer, and for good cause there appearing, IT IS HEREBY ORDERED THAT:

Defendant Neways, Inc. may have an extension of time to, and including, September 25, 2008, to file its answer to the Complaint in the above-captioned action.

DATED this 28th day of August, 2008.

BY THE COURT:

_____/s/ Dennis L. Beck_____
U.S. Magistrate Judge Dennis L. Beck

STIPULATED AND AGREED:

Sterling A. Brennan
Larry R. Laycock
Robyn L. Phillips
Workman Nydegger A PROFESSIONAL CORPORATION

By:   /s/   Sterling A. Brennan

Attorneys for Defendant
NEWAYS, INC.

Mark D. Miller
Robert W. Branch
Kimble MacMichael & Upton

By:   /s/   Robert W. Branch (with permission via email)

Attorneys for Plaintiff
VISUAL CHANGES SKIN CARE INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2008, I electronically filed the foregoing [PROPOSED] **ORDER GRANTING STIPULATION AND MOTION FOR AN EXTENSION OF TIME TO ANSWER** with the clerk of the Court using the CM/ECF system which will send notification of such filing to the following: mmiller@kmulaw.com, rbranch@kmulaw.com; and served an additional copy upon plaintiff, via First Class United States Mail, postage prepaid, to its attorneys of record as follows:

> MARK D. MILLER
> ROBERT W. BRANCH
> KIMBLE MACMICHAEL & UPTON
> 5260 North Palm, Suite 221
> Fresno, California 93704
>
> *Attorneys for Plaintiff*

                                        /s/  Sterling A. Brennan

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR AN EXTENSION OF TIME TO ANSWER**     3     **CASE NO. 1:08-cv-00959-LJO-DLB**