1  MARK D. MILLER  116349 (mmiller@kmulaw.com)
   ROBERT W. BRANCH  154963 (rbranch@kmulaw.com)
2  JEREMY D. CLAR  234238 (jclar@kmulaw.com)
   KIMBLE, MacMICHAEL & UPTON
3  A Professional Corporation
   5260 North Palm, Suite 221
4  Fresno, California  93704
   Telephone:  (559) 435-5500
5  Facsimile:   (559) 435-1500

6  Attorneys for Plaintiff
   VISUAL CHANGES SKIN CARE
7  INTERNATIONAL, INC.

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10                        * * *

| | |
|---|---|
| VISUAL CHANGES SKIN CARE INTERNATIONAL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEWAYS, INC., a Utah corporation,<br><br>　　　　Defendant. | Case No. 1:08-cv-00959-LJO-DLB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR VISUAL CHANGES SKIN CARE INTERNATIONAL, INC. TO RESPOND TO COUNTERCLAIM OF NEWAYS, INC. AND ORDER THEREON** |

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA  93792-9489

1
Stipulation for Extension of Time for Visual Changes Skin Care International, Inc.
to Respond to Counterclaim of Neways, Inc. and Order Thereon

1    Plaintiff Visual Changes Skin Care International, Inc. ("Visual Changes") and
2 Defendant Neways, Inc. ("Neways"), by and through their counsel, hereby stipulate that Visual
3 Changes may have an extension of time to, and including, December 30, 2008, to respond to the
4 Counterclaim of Neways in the above-captioned action.  The parties are currently engaged in
5 settlement discussions and pursuant to the scheduling conference this morning, a motion to
6 dismiss and strike portions of the Counterclaim will not be scheduled for hearing until late
7 February or early March, 2009.  Therefore, the parties agree to the requested extension.

8    Dated:  December 16, 2008                KIMBLE, MacMICHAEL & UPTON
                                              A Professional Corporation
9

10                                            By:    /s/ Robert W. Branch
                                                     Robert W. Branch
11                                                   Attorneys for Plaintiff VISUAL
                                                     CHANGES SKIN CARE
12                                                   INTERNATIONAL, INC.
13

14   Dated:  December 16, 2008                WORKMAN | NYDEGGER
15

16                                            By:    /s/ (with permission via e-mail
                                                     Robert E. Aycock
17                                                   Attorneys for Defendant NEWAYS,
                                                     INC.
18

19

20                                         **ORDER**

21        IT IS SO ORDERED.
22

23   December 17, 2008
                                                  /s/ Dennis L  Beck
24                                       U.S. MAGISTRATE JUDGE DENNIS L. BECK

25

26

27   00019743.000

28