IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISUAL CHANGES SKIN CARE INTERNATIONAL, INC.<br><br>            Plaintiff,<br><br>    vs.<br><br>NEWAYS, INC.,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 08-0959 LJO DLB<br><br>**ORDER AFTER SETTLEMENT** |

   On February 6, 2009, the parties settled this case through a settlement conference conducted by United States Magistrate Judge Dennis L. Beck.  Accordingly, this Court:

   1.   ORDERS the parties, **no later than February 26, 2009,** to file appropriate papers to dismiss or conclude this action in its entirety. Pursuant to this Court's Local Rule 16-160; and

   2.   VACATES all pending dates and matters, including the February 11, 2010 pretrial conference and the March 23, 2010 jury trial.

   Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   February 9, 2009**                  **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE