MARK D. MILLER  116349 (mmiller@kmulaw.com)
ROBERT W. BRANCH  154963 (rbranch@kmulaw.com)
JEREMY D. CLAR  234238
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Fresno, California  93704
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff
VISUAL CHANGES SKIN CARE
INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

* * *

| | |
|---|---|
| VISUAL CHANGES SKIN CARE INTERNATIONAL, INC., a California corporation<br><br>Plaintiff,<br><br>v.<br><br>NEWAYS, INC., a Utah corporation,<br><br>Defendant. | Case No. 1:08-cv-00959-LJO-DLB<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION** |

IT IS HEREBY STIPULATED, by and between plaintiff and counter-defendant VISUAL CHANGES SKIN CARE INTERNATIONAL, INC. LLC, a California corporation, and defendant and counter-complainant NEWAYS, INC., a Utah corporation, through their respective counsel, that the above-captioned action be and hereby is voluntarily dismissed in its entirety by all parties, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41, each party bearing its own costs and attorneys' fees, pursuant to a confidential settlement agreement executed by the parties hereto.

The Court shall retain jurisdiction to enforce the terms of the confidential settlement agreement between the parties resolving the matters disputed herein, including, but not limited to

///

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE  221
P. O. Box 9489
FRESNO, CA 93792-9489

1
Stipulation and Order Dismissing Entire Action

PDF created with pdfFactory trial version www.pdffactory.com

the opening and/or reinstating of this action in order to effect the terms of the settlement agreement, as the court may deem appropriate.

Dated: March 18, 2009

KIMBLE, MacMICHAEL & UPTON
A Professional Corporation

By  */s/ Robert W. Branch*
    ROBERT W. BRANCH
    Attorneys for Plaintiff and
    counter-defendant,
    VISUAL CHANGES SKIN CARE
    INTERNATIONAL, INC.

Dated: March 18, 2009    WORKMAN | NYDEGGER

By  */s/ Robert E. Aycock*
    ROBERT E. AYCOCK
    Attorneys for Defendant and
    Counter-complainant
    NEWAYS, INC.

IT IS SO ORDERED

Dated: March 18, 2009.    /s/ LAWRENCE J O'NEILL
    LAWRENCE J. O'NEILL
    UNITED STATES DISTRICT JUDGE

1068313.00042395.000

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

2
Stipulation and Order Dismissing Entire Action

PDF created with pdfFactory trial version www.pdffactory.com